## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80156-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JOHNNY THOMAS,**
    **Defendant.**
_____/

### *ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO RETURN PROPERTY*

**THIS CAUSE** comes before the court upon the defendants' motion to return property pursuant to Federal Rule of Criminal Procedure 41 (g), [DE 718]. This matter was referred to United States Magistrate Judge James M. Hopkins and on April 19, 2013, Magistrate Judge Hopkins filed a Report and Recommendation, [DE #734]. Upon consideration of the Report and Recommendation and in accordance with 28 U.S.C. §636(B)(1)(C) as no timely objections have been filed, the court conducted a *de novo* review of the Report and Recommendations and is in complete accord with the Magistrate's findings of fact and conclusions of law as set out in the Report and Recommendation. The court further finds the resolution of the issues as recommended by the Magistrate Judge to be sound and well-reasoned and accordingly will adopt the recommended disposition of the motion.

It is therefore **ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, [DE #734], upon defendant's motion to return property pursuant to Federal Rule of Criminal Procedure 41 (g), [DE 718], is **ADOPTED** and **INCORPORATED** in full.

2. The defendants' motion to return property is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this  30  day of April, 2013.

**copy furnished:**
Chief Magistrate Judge James M. Hopkins
AUSA Rinku T. Tribuiani
Valentin Rodriguez, Esq.

Daniel T. K. Hurley
United States District Judge